TIMOTHY MOSHIER

*v.*

HENRY D. SHEAR.

*At Ottawa, September Term, 1881.*

APPEAL FROM AN APPELLATE COURT—*whether the sum of $1000 is involved.* A claimed that B was indebted to him in the sum of $400, and on the other hand B contended that A was indebted to him in a much larger sum. The matter was submitted to arbitration, and the result was, an award in favor of B for $704. On bill by A to set aside this award, upon the question whether there was $1000 involved in the litigation, as affecting the jurisdiction of this court on writ of error to the Appellate Court, it was *held,* there was not merely the amount of the award involved, for if the award should stand, A will be barred of his claim of $400 against B, and will have to pay B $704, whereas, if the award should be set aside, A will be at liberty to assert his claim of $400, and to resist B's claim of $704. So there is more than the sum of $1000 involved.

WRIT OF ERROR to the Appellate Court for the Second District.

Moshier, the plaintiff in error, in 1874, held against Shear notes upon which, according to the face of the notes and the indorsements, there was due on the 9th of March, 1867, the sum of $400, and this sum was claimed by Moshier to be due from Shear, with interest from March 9, 1867. Shear, on the other hand, claimed that Moshier, on a settlement of accounts, would owe him over $1000. They submitted the controversy to an arbitration, which resulted in an award in favor of Shear for $1100. This award was set aside, and another arbitration was had which resulted in another award in favor of Shear for $704.62. Moshier filed his sworn bill in chancery for an injunction, and to set aside this award. This was done by a decree of the circuit court, whereupon Shear took the record to the Appellate Court, and that court reversed the decree of the circuit court and did not remand the case.

Upon this decree reversing that of the circuit court, Moshier has brought the case to this court by writ of error. As matters now stand, Shear has an award against Moshier for $704.62, while Moshier claims an indebtedness from Shear of $400, and interest from March 9, 1867. The defendant in error now enters his motion to dismiss the writ of error for want of jurisdiction in this court, on the ground, as claimed, that only the amount of the award is involved in the litigation, which is less than $1000.

Messrs. McKENZIE & CALKINS, for the motion.

Messrs. LAWRENCE, CAMPBELL & LAWRENCE, and Messrs. SANFORD & CARNEY, *contra*.

SHELDON, J.: There is not merely the amount of this award involved here. If this award stands, Moshier is barred of his claim of $400 against Shear, and he has to pay Shear $704.62, whereas, if this award is set aside, then Moshier will be at liberty to assert his claim against Shear of $400, and to resist Shear's claim of $704.62 against him. Therefore in the matter of setting aside this award there is more than the $704.62 involved, the amount of the award. It directly affects Moshier to the extent of $1104.62, as he claims. That is the amount involved,—not merely $704.62, the amount of the award. We think, therefore, that the motion to dismiss should be overruled, the amount involved exceeding $1000.

*Motion denied.*